**JENNIFER DAVENPORT**
**ATTORNEY GENERAL OF NEW JERSEY**
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants Fidiberto Soto and Thomas Moran*

By: Nicholas W. Turgiss
Deputy Attorney General
NJ Attorney ID: 526652025
Nicholas.Turgiss@law.njoag.gov

| | |
|---|---|
| MONTEL PITT,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR FIDIBERTO SOTO, individually,<br>LT. THOMAS MORAN, individually,<br><br>Defendants. | **UNITED STATED DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>**CAMDEN VICINAGE**<br><br>Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>CIVIL ACTION NO. 1:26-CV-03645 (KMW) (MJS)<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM** |

To: Clerk of Court

Montel Pitt
Plaintiff Pro Se
20 Chestnut Avenue
Cape May Court House, NJ 08210
(609) 741 9587
Montelp95@yahoo.com

**PLEASE TAKE NOTICE** that on July 20, 2026, or as soon thereafter as the parties may be heard, the undersigned counsel for Defendants Fidiberto Soto and Thomas Moran shall apply to the Honorable Matthew J. Skahill, U.S.M.J., at the United States District Court for the District of New Jersey, Camden Vicinage, located at 4th & Cooper Street, Camden, NJ 08101,

for entry of an Order Dismissing Plaintiff's Complaint for Failure to State a Claim under Rule 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached Brief and Certification of Service in support of Defendants' Motion.

A proposed form of Order is attached hereto.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: **/s/ Nicholas W. Turgiss**
Nicholas W. Turgiss
Deputy Attorney General

**DATED: June 24, 2026**