*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

July 17, 2026

**Via ECF**
Hon. Karen Williams, U.S.D.J.
Mitchel H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Pitt v. Soto, et al.
Docket No. 1:26-cv-03645 (KMW) (MJS)

Dear Judge Williams:

This office represents defendants Major Fidiberto Soto and Captain Thomas Moran (hereinafter, "Defendants") in the above-captioned matter. Please accept this letter regarding the opposition papers of plaintiff pro se Montel Pitt (hereinafter, "Plaintiff), which he filed with the Court today on July 17, 2026.

The scheduled motion day for Defendants' Motion to Dismiss for Failure to State a Claim is July 20, 2026. Therefore, Plaintiff needed to file his opposition papers by July 6, 2026, and Defendants would have then had the opportunity to file a reply brief by July 13, 2026. See Local Civ. R. 7.1(d)(2)-(3). Plaintiff did not communicate a need for an extension to the undersigned attorney or submit such a request on the Court's docket prior to filing his opposition papers. Instead, Plaintiff merely submitted his opposition papers one business day before the Court's scheduled motion day without any prior notice. Furthermore, Plaintiff did not include a compliant accompanying motion to extend his time to respond.

Plaintiff's late filing deprives Defendants of an opportunity to submit a reply brief. If Plaintiff's papers are accepted, Defendants respectfully request an extended deadline under which they may submit a reply brief.

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Nicholas W. Turgiss
Nicholas W. Turgiss
Deputy Attorney General